[No. 38215-6-II.   Division Two.   March 9, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL BOYD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-05178-1, Ronald E. Culpepper, J., entered August 1, 2008. *Remanded* by unpublished opinion per Penoyar, A.C.J., concurred in by Bridgewater and Armstrong, JJ.

[No. 38391-8-II.   Division Two.   March 9, 2010.]

CHUNYK & CONLEY/QUAD-C, *Respondent*, v. PATRICIA BRAY, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 08-2-00037-4, Toni A. Sheldon, J., entered September 19, 2008. *Reversed* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Penoyar, A.C.J., and Bridgewater, J.

[No. 38474-4-II.   Division Two.   March 9, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. NICHOLAS D. HOWE, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 08-1-00289-9, F. Mark McCauley, J., entered October 20, 2008. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Van Deren, C.J., and Penoyar, J.

[No. 38692-5-II.   Division Two.   March 9, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY MICHAEL WERNER, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 07-1-00798-3, Nelson E. Hunt, J., entered December 12, 2008. *Affirmed* by unpublished opinion per Penoyar, A.C.J., concurred in by Bridgewater and Armstrong, JJ.